## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**CHERRY POPE,**

      **Plaintiff,**

**v.**                                  **Case No: 8:22-cv-1549-MSS-TGW**

**USAA GENERAL INDEMNITY
COMPANY,**

      **Defendant.**

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 23rd, 2022, the Parties filed the Joint Notice of Pending Settlement, informing the Court that the above-captioned case was settled. (Dkt. 22) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE,** subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**.  After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of September, 2022.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party